IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RUFUS TERRY McDOUGALD, JR.  )
                            )
    Plaintiff,               )
                            )      CIVIL ACTION NO.
    v.                      )       1:16cv802-MHT
                            )            (WO)
CITY OF ENTERPRISE POLICE   )
OF COFFEE COUNTY, et al.,   )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit challenging the constitutionality of his arrest for theft and of decisions made by a municipal court judge and the circuit court clerk during the criminal proceedings associated with the theft offense. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be

adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of June, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE