IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RUFUS TERRY McDOUGALD, JR.   )
                             )
     Plaintiff,              )
                             )          CIVIL ACTION NO.
     v.                      )           1:16cv802-MHT
                             )                (WO)
CITY OF ENTERPRISE POLICE    )
OF COFFEE COUNTY, et al.,    )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(2) Plaintiff's claim against defendant City of Enterprise Police of Coffee County challenging events which occurred on or before September 30, 2013 is dismissed with prejudice.

(3) Plaintiff's claim against defendant Judge Paul Shirley is dismissed with prejudice.

(4) Plaintiff's claim against defendant James M. Counts is dismissed without prejudice.

(5) This case is dismissed prior to service of process.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of June, 2017.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**